JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** FBI

**City** Mansfield     **Related Case Information:**

**County** Bristol

Superseding Ind./ Inf. _____      Case No. _____
Same Defendant _____      New Defendant  X
Magistrate Judge Case Number   21-mj-4311-DHH
Search Warrant Case Number   21-mj-4305 & 4306-DHH
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Thomas Davis      Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address (City & State): Mansfield, MA

Birth date (Yr only): 1980   SSN (last4#): _____   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** Julie-Ann Olson     **Address** Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin      **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes  ☑ No      List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:**

**Arrest Date** 08/26/2021

☑ Already in Federal Custody as of  08/26/2021  in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/22/2021      Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Thomas Davis

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography | 1 |
| Set 2   18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography | 2 |
| Set 3   18 U.S.C. § 2253 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013