UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      :
     :
     v.      : Docket No.:  1:21-cr-10289-FDS
     :
THOMAS DAVIS      :

MOTION FOR RELEASE FROM DETENTION AND
PROPOSED CONDITIONS OF RELEASE

Mr. Thomas Davis, by his attorney, moves that this Court order his release upon the following proposed conditions:

1. GPS monitoring;

2. Maintain residence in Sober Living at an address in Dorchester, Massachusetts as provided to the U.S. Probation and Pre-Trial Services office;

3. Defendant to be responsible for the costs of his Sober Living residence;

4. Commit no violations of federal, state or local law while on release;

5. Possess no firearms, destructive devices or other weapons;

6. Refrain from drug/alcohol use and participate in random screens if required;

7. Advise the U.S. Probation Office Pre-Trial Services or supervising officer in writing before making any change of residence or telephone number;

8. Appear in court as required and, if convicted, surrender as directed to serve a sentence that the court may impose;

9. Surrender any passport to U.S. Probation and obtain no new travel documents;

10. No unsupervised contact with parties under the age of 18

11. Abide by all statutory and other conditions as deemed appropriate.

Defendant will further argue in support of release at the detention hearing scheduled for December ___, 2021.  (*Date pending at time of filing*)

Respectfully submitted,
THOMAS DAVIS

*/s/ Julie-Ann Olson*
Julie-Ann Olson
B.B.O.# 661464
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 9, 2021.

*/s/ Julie-Ann Olson*
Julie-Ann Olson